GEORGE PALMATEER, Appellant, *v.* JOSEPH A. OAKS et al., Respondents.

*Palmateer* v. *Oaks*, 140 App. Div. 945, affirmed.
(Argued May 14, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered December 1, 1910, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term, a jury having been waived, in an action of ejectment.

*John A. Delehanty* for appellant.

*Marcus T. Hun* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.